IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:15CR00008-2 BSM

ANDREA MANSFIELD

## ORDER FOR DESIGNATION OF PSYCHOLOGICAL FACILITY AND PSYCHOLOGICAL EVALUATION

At the May 9, 2016 Revocation Hearing, the Court granted defense counsel's oral motion requesting that Defendant undergo a psychological examination pursuant to 18 U.S.C. §§ 4241 and 4242.

The United States Marshal for the Eastern District of Arkansas is directed to immediately notify the undersigned United States Magistrate Judge and Chief United States District Judge Brian S. Miller upon receipt of Defendant's facility designation for the psychological evaluation. Pursuant to 18 U.S.C. § 3161(h)(1)(A), this time period is excludable under the Speedy Trial Act.

IT IS SO ORDERED this 9th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE